THE ALBERTYPE Co., Respondent, *v.* NICHOLAS J. COUNDOURIS, Appellant.

APPEAL from judgment in favor of plaintiff.

*Herbert A. Meyer*, for respondent.

*Ira G. Darrin*, for appellant.

NEWBURGER, J. The only question involved in this case is, " to whom was the credit given," and as the trial justice properly submitted the question to the jury, and no errors having been committed on the trial that would warrant us in disturbing the verdict of the jury, the judgment appealed from must be affirmed, with costs.

EHRLICH, Ch. J., and FITZSIMONS, J., concur.

Judgment affirmed, with costs.